# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM COX,<br><br>                Petitioner,<br><br>    v.<br><br>RANDY L. TEWS, Warden,<br><br>                Respondent. | Case No. CV 14-3181-SJO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 29, 2016

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE